UNITED STATES BANKRUPTCY COURT
NORTHERN DIVISION OF FLORIDA
PENSACOLA DIVISION

IN RE:

Gulf Medical Services, Inc.                    Case No.: 18-30012 JCO
                                                Chapter 11
    Debtor-in-Possession.

---

MOTION FOR AUTHORITY TO PAY AFFILIATE OFFICER SALARY

---

Pursuant to Paragraph B of the Administrative Order (05-001) Establishing Initial Procedures in Chapter 11 Cases entered by the Court on May 9, 2005, applicable to all Chapter 11 proceedings, the Debtor-in-Possession, by and through its undersigned attorney, hereby files this Motion for Authority to Pay Affiliate Officer Salary and in support thereof does state:

1.    The Debtor filed its chapter 11 voluntary petition for relief on January 5, 2018.  The Debtor operates a medical supply company which provides medical equipment for in-home use by its customers based on prescriptions from their physicians. The Debtor operates four separate locations along the northern gulf coast which include offices in Pensacola, Ft. Walton Beach, Panama City and Tallahassee. During the year prior to the filing of the bankruptcy petition, the Debtor generated approximately

$8,000,000.00 dollars in gross revenue.

2.  The Debtor is operated and managed by Kenneth Steber who is the 90% shareholder of the Debtor. As such, Kenneth Steber is an "Affiliate Officer" as that term is defined in section 101(2)(A) of the Bankruptcy Code.

3.  Kenneth Steber provides significant services to the Debtor as set forth more specifically in the attached "Exhibit A".

4.  Prior to the filing of the bankruptcy petition by the Debtor, Kenneth Steber received the sum of $650,000.00 annually in compensation from the Debtor which includes a combination of salary and distributions.

5.  The participation and management duties of Kenneth Steber are necessary for the operation of the business. Kenneth Steber has agreed to reduce his compensation to the sum of $250,000.00 annually during the pendency of this chapter 11 bankruptcy case subject to any modifications of that amount as may be set forth in a confirmed Plan filed in this case.

6.  The Debtor believes that the proposed compensation in the amount of $250,000.00 annually is reasonable given the scope of duties of Kenneth Steber and the value of the services to be provided.

WHEREFORE, the Debtor requests the Court to enter its Order Approving Affiliate Officer Salary as set forth above, retroactive to the date of the filing of the petition initiating this case.

*/s/ J. Steven Ford*

J. STEVEN FORD, ESQUIRE
Florida Bar Number 512869
Wilson, Harrell, Farrington, Ford,
Wilson, Spain, & Parsons, P.A.
307 South Palafox Street
Pensacola, Florida 32502
Telephone: (850) 438-1111
Facsimile: (850) 432-8500
jsf@whsf-law.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been furnished to Jason Egan, United States Trustee, 110 East Park Avenue, Suite 128, Tallahassee, Florida 32301, and to all Creditor's appearing on Debtor's mailing matrix, by U.S. Mail, postage prepaid, or electronic mail this 26 of January, 2018.

_____
J. STEVEN FORD, ESQUIRE

**18-30012-JCO Notice will be electronically mailed to:**

William Patrick Ayers on behalf of Creditor Regions Bank c/o W. Patrick Ayers
payers@burr.com, ebello@burr.com

Jason H. Egan on behalf of U.S. Trustee United States Trustee
jason.h.egan@usdoj.gov

J. Steven Ford on behalf of Attorney J. Steven Ford
jsf@whsf-law.com, r63988@notify.bestcase.com

J. Steven Ford on behalf of Debtor Gulf Medical Services, Inc.
jsf@whsf-law.com, r63988@notify.bestcase.com

Andrea C. Lyons on behalf of Creditor Targeted Lease Capital, LLC
acl@esclaw.com, lgn@esclaw.com

Howard S. Toland on behalf of Creditor BLUE BRIDGE FINANCIAL INC
Htoland@mitrani.com

United States Trustee
USTPRegion21.TL.ECF@usdoj.gov

Eric B. Zwiebel on behalf of Creditor LEAF Capital Funding, LLC
eric.zwiebel@emzwlaw.com, eservice@emzwlaw.com

**18-30012-JCO Notice will not be electronically mailed to:**

Kenneth R. Steber

President and CEO
Gulf Medical Services, Inc.
3101 N. 12th Ave.
Pensacola, Florida 32503

President of Gulf Medical Services for over 20 years.

During that period Mr. Steber has managed and grown the company from three employees to 29 and $8,000,000.00 in revenues annually.

Oversees all operations, administrative, sales and financial performance of the company.

Responsible for maintaining licensure and adhering to all state and federal laws regarding this industry, Dealing with numerous administrative agencies within the federal and State government (FDA, Agency for Healthcare Administration, Centers for Medicare and Medicaid, CMS, Accrediting bodies BOC), third party health insurers Center for Medicare and Cigna, Humana, Health Spring. United Healthcare, and WellCare.

Oversees all employment related issues, payroll, health insurance, taxes.

Maintains overall P&L responsibility and operating results inclusive of reviewing and approving financial reports, budgets, client's contracts, review and approval of services, charges for services with knowledge of reimbursement strategies and issues, reviewing and approving major expenditures and effective cost controls.

Provides the operational thrust to expand production and service offerings and increasing revenue streams.

Provides significant role in client development and relations.

Establishing and maintaining performance standards of the company.

Coordination of the activities and responsibilities of the management team to develop and achieve short and long-term goals.

Extensive knowledge that is used to administer expertise in claims process and documentation requirement for all HME products covered by Medicare and Medicaid.

Vast experience handling audits of claims processing through all auditing entities, RAC, ZPIC and CERT agencies.

Lobbying Congressional representative to advocate for industry.


EXHIBIT A

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1129-3<br>Case 18-30012-JCO<br>Northern District of Florida<br>Pensacola<br>Tue Jan 23 10:08:31 EST 2018 | BLUE BRIDGE FINANCIAL INC<br>c/o Howard S Toland, Esq<br>1200 Weston Road PH<br>Weston, FL 33326-1987 | Gulf Medical Services, Inc.<br>3103 North 12 Ave.<br>Pensacola, FL 32503-4006 |
| LEAF Capital Funding, LLC<br>c/o Emanuel & Zwiebel, PLLC<br>7900 Peters Road<br>Building B<br>Suite 100<br>Plantation, FL 33324-4045 | Regions Bank c/o W. Patrick Ayers<br>Burr & Forman LLP<br>201 North Franklin Street, Suite 3200<br>Tampa, FL 33602-5872 | Targeted Lease Capital, LLC<br>5500 Main Street<br>Suite 300<br>Williamsville, NY 14221-6753 |
| *Andrea C. Lyons, Esquire<br>Emmanuel, Sheppard & Condon<br>30 S. Spring Street<br>Pensacola, FL 32502-5612 | *Bank of America<br>PO Box 15019<br>Wilmington, DE 19850-5019 | *Faye Jernigan<br>5953 Moors Oak Dr<br>Milton, FL 32583-2844 |
| *Florida Department of Revenue<br>5050 West Tennessee St<br>Tallahassee, FL 32399-0100 | *Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | *Janet Harris<br>1951 Iris Lane<br>Navarre, FL 32566-8316 |
| *Jason H. Egan<br>U.S. Department of Justice<br>Office of the United States Trustee<br>110 East Park Avenue, Suite 128<br>Tallahassee, FL 32301-7728 | *Karen Duncan<br>780 Ash Drive<br>Pensacola, FL 32503-2319 | *LEAF Capital Funding, LLC<br>Emanuel & Zwiebel, PLLC<br>7900 Peters Road<br>Building B, Suite 100<br>Plantation, Florida 33324-4045 |
| *Life Gas<br>24963 Network Place<br>Chicago, IL 60673-1249 | *Regions Bank<br>201 Milan Pkwy<br>Birmingham, AL 35211-6946 | *Regions Bank<br>PO Box 830734<br>Birmingham, AL 35283-0734 |
| *Resmed<br>PO Box 534593<br>Atlanta, GA 30353-4593 | *Respironics<br>PO Box 405740<br>Atlanta, GA 30384-5700 | *Robert Rinke<br>21 La Caribe Dr<br>Pensacola Beach, FL 32561-2032 |
| *State of Florida Department of Revenue<br>5050 W Tennesse St<br>Tallahassee, FL 32399-6585 | *W. Patrick Ayers, Esq.<br>201 North Franklin Street, Suite 3200<br>Tampa, FL 33602-5872 | ALTUS/Remit Data<br>80 Monroee Ave<br>Suite 300<br>Memphis, TN 38103-2432 |
| Ally Financial<br>PO Box 380901<br>Minneapolis, MN 55438-0901 | Amur<br>PO Box 2555<br>Grand Island, NE 68802-2555 | Blue Bridge<br>535 Washing Street<br>Suite 201<br>Buffalo, NY 14203-1430 |
| Blue Bridge Financial Inc<br>c/o Howard S Toland, Esq<br>1200 Weston Rd, PH<br>Weston, Fla 33326-1987 | Brown and Fortunate<br>PO Box 9418<br>Amarillo, TX 79105-9418 | CIT Bank NA<br>PO Box 593007<br>San Antonio, TX 78259-0200 |

CIT Finance, LLC
PO Box 593007
San Antonio, TX 78259-0200

Caine-Weiner/joint comm/wk 105.00
1699 East Woddfield Rd
#36
Memphis, TN 38103

Capital One
PO Box 30285
Salt Lake City, UT 84130-0285


(p)DISCOVER FINANCIAL SERVICES LLC
PO BOX 3025
NEW ALBANY OH 43054-3025

EULER HERMES N.A. as Agent for DRIVE MEDICAL
800 Red Brook Blvd, #400C
Owings Mills, MD 21117-5173

EULER HERMES N.A. as DRIVE MEDICAL SPV LLC
800 Red Brook Blvd, #400C
Owings Mills, DC 21117-5173


Euler Hermes/Drive
800 Red Brook Blvd.
Suite 400C
Owings Mills, MD 21117-5190

Express Oil
384 Turnberry Rd
Birmingham, AL 35244-3290

Financial Pacific
PO Box 749642
Los Angeles, CA 90074-9642


Geriscript
PO Box 1534
Columbus, GA 31902-1534

Hayslip and Zost Pharmacy Brokers, LLC
Rick Lewellen
3717 Skyline Drive
Plano, TX 75025-1905

Hitachi-Tempus
10170W Tropicana Ave
Las Vegas, NV 89147-8465


In Home Solutions
8500 Baycenter Rd
Suite 25
Jacksonville, FL 32256-7465

Kenneth Steber
3103 N. 12th Ave
Pensacola, FL 32503-4006

Key Equipment
100 South McCaslin Blvd.
Superior, CO 80027-9456


Key Equipment/7
100 South McCaslin Blvd.
Superior, CO 80027-9456

Key Equipment/8
100 South McCaslin Blvd.
Superior, CO 80027-9456

Leaf Capital
PO Box 742647
Cincinnati, OH 45274-2647


Main Street
3 Hutton Centre Drive
Suite 400
Santa Ana, CA 92707-5788

McCarthy, Burgess and Wolff
2600 Cannon Rd
Bedford, OH 44146

McKession Surgical
Minnwsota Supply Inc.
Lockbox 63404
Cincinnati, OH 45263-0001


(p)MEDLINE INDUSTRIES INC
ATTN ANNE KISHA
ONE MEDLINE PL
MUNDELEIN IL 60060-4486

Navitas
PO Box 9500
Wilkes Barre, PA 18773-9500

New Era
North Orange St
Suite 767
Wilmington, DE 19801


Pawnee/Providence
3801 Automation Way
Suite 209
Fort Collins, CO 80525-5735

Philips
PO Box 92449
Cleveland, OH 44193-0003

Providence Capital Funding
3020 Saturn Street
Suite 203
Brea, CA 92821-6262


QS1
PO Box 890898
Charlotte, NC 28289-0898

Queen Funding
2221 NE 164th ST
Suite 1144
North Miami Beach, FL 33160-3703

Regions Bank
250 Riverchase Parkway East, Suite 400
Hoover, AL 35244-1832

| | | |
|---|---|---|
| Royal Bank AM<br>550 Township Line Road<br>Blue Bell, PA 19422-2734 | State of Florida - Department of Revenue<br>Post Office Box 6668<br>Tallahassee, FL 32314-6668 | Stephen Jernigan<br>8532 Moores Oak Drive<br>Milton, FL 32583 |
| Suntrust Bank<br>PO Box 9079<br>Baltimore, MD 21279-0001 | Targeted Capital<br>PO Box 3892<br>Seattle, WA 98124-3892 | Top RX<br>2950 Brother Blvd.<br>Bartlet, TN 38133-3968 |
| Umpqua Bank/Fin Pac<br>3455 A 344th Way<br>Suite 300<br>Auburn, WA 98001 | United States Trustee<br>110 E. Park Avenue<br>Suite 128<br>Tallahassee, FL 32301-7728 | UnitedHealthcare Insurance Company<br>ATTN: CDM Bankruptcy<br>03B<br>185 Asylum Street<br>Hartford, CT 06103-3408 |
| Universal Financial /Trace Medical<br>5877 Pine Ave<br>Suite 200<br>Chino Hills, CA 91709-6543 | VGM Financial<br>1111 West SAm Marnan Drive<br>Suite A1 West<br>Waterloo, IA 50701-8924 | VGM Financial/330<br>1111 West SAm Marnan Drive<br>Suite A1 West<br>Waterloo, IA 50701-8924 |
| VGM Financial/331<br>1111 West SAm Marnan Drive<br>Suite A1 West<br>Waterloo, IA 50701-8924 | VGM Financial/332<br>1111 West SAm Marnan Drive<br>Suite A1 West<br>Waterloo, IA 50701-8924 | Yellowstone<br>1 Eventrust Plaza<br>Jersey City, NJ 07302-3051 |
| J. Steven Ford<br>Wilson, Harrell, Farrington<br>307 S. Palafox Street<br>Pensacola, FL 32502-5929 | J. Steven Ford<br>Wilson, Harrell, Smith, Farrington & For<br>307 South Palafox Street<br>Pensacola, FL 32502-5929 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Discover Financial Services<br>PO Box 15316<br>Wilmington, DE 19850 | Medline<br>Dept CH 14400<br>Palatine, IL 60055 | End of Label Matrix<br>Mailable recipients    76<br>Bypassed recipients     0<br>Total                  76 |