UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE:

GULF MEDICAL SERVICES, INC.                Case No.: 18-30012-JCO
                                           Chapter 11

    Debtors-in-Possession.

## AFFIDAVIT OF PROPOSED ACCOUNTANT

**STATE OF FLORIDA**
**COUNTY OF ESCAMBIA**

BEFORE ME, the undersigned authority, personally appeared Jill Sport who being first duly sworn, deposes and says:

1. I am Jill Sport. I am an accountant duly licensed to practice in this State.

2. I maintain an office at 5060 Woodbine Road, Pace, Florida 32571.

3. To the best of my knowledge, information and belief, neither I nor any other member of my firm has or represents any interest adverse to the Debtor or its estate or were owed a debt by the Debtor on the date the petition was filed.

4. The undersigned accountant has no connection with the Debtor (other

than as accountant for the Debtor), creditors, any other party in interest, their respective attorneys and accountants. The undersigned has no connection with the United States Trustee or any person employed in the office of the United States Trustee.

**FURTHER AFFIANT SAYETH NAUGHT.**

_____
Jill Sport

STATE OF Florida
COUNTY OF Santa Rosa

The foregoing Affidavit of Proposed Accountant was acknowledged before me this 7th day of February, 2018, by Jill Sport, who is personally known to me (X) or who produced _____ as identification and who did take an oath.

NOTARY PUBLIC
Name: Tabithia Sutton
Commission Expires: March 27, 2018
Commission No.: FF 106064



TABITHIA SUTTON
MY COMMISSION # FF 106064
EXPIRES: March 27, 2018
Bonded Thru Notary Public Underwriters