UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE

GULF MEDICAL SERVICES, INC.,    CASE NO. 18-30012-JCO
                                                CHAPTER 11

    Debtor.
_____

IN RE

KENNETH R. STEBER,    CASE NO. 18-30639-JCO
                          CHAPTER 11

    Debtor.
_____

IN RE

STEPHEN JERNIGAN,    CASE NO. 18-31084-JCO
                          CHAPTER 11

    Debtor.
_____

_____

**MOTION OF DEBTOR FOR APPROVAL OF ADEQUATE
PROTECTION AGREEMENT WITH CREDITOR
REGIONS BANK ON NEGATIVE NOTICE**

_____

1

> **NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING**
>
> Pursuant to Local Rule 2002-2, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within twenty-one (21) days from the date set forth on the proof of service plus an additional three days for service if any party was served by U.S. Mail, or such other period as may be specified in Fed. R. Bankr. P. 9006(f).
>
> If you object to the relief requested in this paper, you must file an objection or response electronically with the Clerk of Court or by Mail at 110 E. Park Avenue, Suite 100, Tallahassee, FL 32301 and serve a copy on the movant's attorney, Jodi Dubose, 41 N. Jefferson Street, Suite 111, Pensacola, FL 32502; the Bank's attorney, Ron Cohn, 201 N. Franklin Street, Suite 3200, Tampa, FL, 33602; and any other appropriate person, within the time allowed. If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing, or consider the response and grant or deny the relief requested without a hearing.
>
> If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

Debtor-in-Possession Stephen Jernigan (the "Debtor") and Secured Creditor Regions Bank (the "Bank"), through Debtor's undersigned counsel and pursuant to 11 U.S.C. § 361, file this Motion for Approval of Adequate Protection Agreement and allege:

1. On November 21, 2018, the Debtor filed a voluntary petition for bankruptcy relief pursuant to Chapter 11 of the Bankruptcy Code. [Doc. 1] This Court authorized the Debtor to remain in possession of its property and to operate as Debtor-in-Possession. [Doc. 15]

2. Regions is a creditor of the Debtor pursuant to prepetition loans secured by real property owned by the Debtor.

3. The Debtor and the Bank have entered into an Adequate Protection Agreement (the "Agreement"), pursuant to which the Debtor has agreed to make monthly payments to the Bank in the amounts set forth in the Agreement. A copy of the Agreement between the Debtor and the Bank is attached to this motion.

4. The Debtor and the Bank submit that the attached Agreement is in the best interest of the estate and request this Court's approval of the Agreement.

WHEREFORE, the Debtor and the Bank respectfully request this Honorable Court to enter an order approving the Agreement attached hereto, and for such other and further relief that the Court deems just and proper.

Dated this 18th day of September, 2019.

/s/ *Jodi Daniel Dubose*
Jodi Daniel Dubose
Florida Bar No. 52651
Stichter Riedel Blain & Postler, P.A.
41 N. Jefferson St., Suite 111
Pensacola, FL 32502
Telephone: (850) 637-1836
Facsimile: (850) 791-6545
jdubose@srbp.com
*Counsel to Debtor-in-Possession*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document has been furnished on this 18th day of September, 2019, by direct electronic mail to:

J. Steven Ford at jsf@whsf-law.com,

John Venn, Jr. at johnevennjrpa@aol.com,

Teresa M. Dorr at tdorr@zalkinrevell.com; tgordon@zalinkrevell.com;

Natasha Revell at tasha@zalkinrevell.com; krevell@zalkinrevell.com

Jason Egan at Jason.h.egan@usdoj.gov;

Patrick Ayers at payers@burr.com;

Kenia Molina at Kmolina@flwlaw.com; WMurray@aldridgepite.com;

Darryl Steve Traylor at marryann@borowski-traylor.com; and
United States Trustee; USTPRegion21.TL.ECF@usdoj.gov.

and was mailed on September 19, 2019, to all parties listed on the attached mailing matrix.

/s/ *Jodi D. Dubose*
JODI D. DUBOSE
FL Bar No. 52651
41 N. Jefferson St., Suite 111
Pensacola, FL 32502
(850) 637-1836
jdubose@srbp.com
*Counsel to Debtor-in-Possession*