UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE

| | |
|---|---|
| GULF MEDICAL SERVICES, INC., | CASE NO. 18-30012-JCO |
| | CHAPTER 11 |
| Debtor. | |

_____

IN RE

| | |
|---|---|
| KENNETH R. STEBER, | CASE NO. 18-30639-JCO |
| | CHAPTER 11 |
| Debtor. | |

_____

IN RE

| | |
|---|---|
| STEPHEN JERNIGAN, | CASE NO. 18-31084-JCO |
| | CHAPTER 11 |
| Debtor. | |

_____

## ORDER APPROVING APPLICATION FOR ALLOWANCE ADMINISTRATIVE EXPENSE (Doc. 238)

THIS CAUSE came before this Court on the Application for Allowance of Administrative Expense (Doc. 238) filed by Kenneth Steber, and after hearing held on January 10, 2020, and the Court being fully advised in the premises, it is

ORDERED that the Application is approved and that

the Bankruptcy Estate of Kenneth Steber is awarded the sum of $217,858.26 as an administrative expense and Gulf Medical Services, Inc. is directed to pay the sum of $217,858.26 to the Bankruptcy Estate of Kenneth Steber.

Dated:  January 14, 2020

JERRY C. OLDSHUE, JR.
U.S. BANKRUPTCY JUDGE

Attorney, John E. Venn, Jr., is directed to serve a copy of this order on interested parties and file a proof of service within three (3) days of entry of the order.

Prepared by:
John E. Venn, Jr.