UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE

GULF MEDICAL SERVICES, INC.,    CASE NO. 18-30012-JCO
                                CHAPTER 11
    Debtor.

_____

IN RE

KENNETH R. STEBER,              CASE NO. 18-30639-JCO
                                CHAPTER 11
    Debtor.

_____

IN RE

STEPHEN JERNIGAN,               CASE NO. 18-31084-JCO
                                CHAPTER 11
    Debtor.

_____

## ORDER GRANTING APPLICATION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE AGAINST GULF MEDICAL SERVICES, INC. [DOC. NO. 244]

THIS MATTER is before the Court upon the *Application for Allowance of Administrative Expense Against Gulf Medical Services, Inc.* [Doc. No. 244] (the "Application"), and the Court having held a duly-noticed hearing on the Application on January 10, 2020, having heard no objection to the Application, and finding that cause exists to grant the Application, the Application is hereby GRANTED.  Stephen

1

Jernigan is hereby awarded the following allowed administrative claim(s) against Gulf Medical Services, Inc., which claim(s) shall be paid directly to the respective taxing authority by Gulf Medical Services, Inc.:

| Amount | Payable To | Tax Year |
|---|---|---|
| $7,611.28 | Escambia County Tax Collector | 2018 |
| $4,231.50 | Escambia County Tax Collector | 2019 |
| $2,545.79 | Santa Rosa County Tax Collector | 2018 |
| $1,251.94 | Santa Rosa County Tax Collector | 2019 |

for a total allowed administrative claim of $15,640.51.

Dated: January 14, 2020

_____
JERRY C. OLDSHUE, JR.
U.S. BANKRUPTCY JUDGE

Order prepared by:
Jodi Dubose

Attorney Jodi Dubose is directed to serve a copy of this order on interested parties and file a proof of service within three (3) days of the entry of the order.