UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE

GULF MEDICAL SERVICES, INC.,     CASE NO. 18-30012-JCO
                                                          CHAPTER 11

    Debtor-in-Possession

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the Order Granting Debtor's Motion to to Employ Accountant [Doc. 307] has been sent to all creditors and/or interested parties on the 6th day of August, 2020, via U.S. mail, postage pre-paid, or CM/ECF electronic notice, where indicated on the attached mailing list.

                                           J. STEVEN FORD, ESQUIRE
                                           Florida Bar Number 512869
                                           Wilson, Harrell, Farrington, Ford,
                                           Wilson, Spain, & Parsons, P.A.
                                           307 South Palafox Street
                                           Pensacola, Florida 32502
                                           Telephone: (850) 438-1111
                                           Facsimile: (850) 432-8500
                                           jsf@whsf-law.com
                                           melissa@whsf-law.com
                                           ATTORNEY FOR DEBTOR

## CERTIFICATE OF SERVICE

**18-30012-JCO Notice will be electronically mailed to:**

William Patrick Ayers on behalf of Creditor Regions Bank c/o W. Patrick Ayers
payers@burr.com, ebello@burr.com

Teresa M. Dorr on behalf of Interested Party Richard Adrian Roberts
tdorr@zalkinrevell.com, tgordon@zalkinrevell.com

Jodi Daniel Dubose on behalf of Creditor Stephen L. Jernigan
jdubose@srbp.com, lhathaway@srbp.com;jdubose.ecf@srbp.com

Jodi Daniel Dubose on behalf of Debtor Stephen L. Jernigan
jdubose@srbp.com, lhathaway@srbp.com;jdubose.ecf@srbp.com

Jodi Daniel Dubose on behalf of Interested Party Stephen L. Jernigan
jdubose@srbp.com, lhathaway@srbp.com;jdubose.ecf@srbp.com

Bert J. Echols on behalf of Creditor TD Auto Finance, LLC
bechols@evanspetree.com, sbruce@evanspetree.com

Jason H. Egan on behalf of U.S. Trustee United States Trustee
jason.h.egan@usdoj.gov, charles.edwards@usdoj.gov

J. Steven Ford on behalf of Attorney J. Steven Ford
jsf@whsf-law.com, melissa@whsf-law.com

J. Steven Ford on behalf of Debtor Gulf Medical Services, Inc.
jsf@whsf-law.com, melissa@whsf-law.com

J. Steven Ford on behalf of Debtor Kenneth R. Steber
jsf@whsf-law.com, melissa@whsf-law.com

J. Steven Ford on behalf of Debtor Stephen L. Jernigan
jsf@whsf-law.com, melissa@whsf-law.com

J. Steven Ford on behalf of Interested Party Gulf Medical Services, Inc.
jsf@whsf-law.com, melissa@whsf-law.com

Andrew Wayne Houchins on behalf of Creditor Ally Financial
arivera@rushmarshall.com, ahouchins@rushmarshall.com

Keith Labell on behalf of Creditor New Residential Mortgage Loan Trust 2015-2
klabell@rasflaw.com, klabell@rasflaw.com

Andrea C. Lyons on behalf of Creditor Targeted Lease Capital, LLC
acl@esclaw.com, dsb@esclaw.com

Ida Anahitta Moghimi-Kian on behalf of Creditor ABS REO Trust VI
IMoghimi-Kian@shdlegalgroup.com

Wanda Deborah Murray on behalf of Creditor Bayview Loan Servicing, LLC
ecfflnb@aldridgepite.com, WMurray@ecf.courtdrive.com

Robert James Powell on behalf of Creditor Prochant, Inc.
rpowell@clarkpartington.com,
ldunlap@clarkpartington.com;jknudsen@clarkpartington.com;kcastillo@clarkpartington.com

Natasha Z. Revell on behalf of Interested Party Richard Adrian Roberts
nrevell@zalkinrevell.com, krevell@zalkinrevell.com;tgordon@zalkinrevell.com

Christopher P Salamone on behalf of Creditor New Residential Mortgage Loan Trust 2015-2
csalamone@rasflaw.com, csalamone@rasflaw.com

Lindsey Ann Savastano on behalf of Creditor Bank of America, N.A
LSavastano@flwlaw.com, NJackson@flwlaw.com

Christine Segarra on behalf of Creditor Regions Bank c/o W. Patrick Ayers
csegarra@burr.com

Howard S. Toland on behalf of Creditor BLUE BRIDGE FINANCIAL INC
Htoland@mitrani.com

Darryl Steve Traylor, Jr. on behalf of Creditor Harvesters Federal Credit Union
steve@borowski-traylor.com

United States Trustee
USTPRegion21.TL.ECF@usdoj.gov

John E. Venn on behalf of Debtor Kenneth R. Steber
johnevennjrpa@aol.com,
jweber1861@aol.com;breeze1014@gmail.com;acv7398@aol.com

John E. Venn on behalf of Interested Party Kenneth Steber
johnevennjrpa@aol.com,
jweber1861@aol.com;breeze1014@gmail.com;acv7398@aol.com

Sarah St John Walton on behalf of Creditor Escambia County Tax Collector
swalton@philipbates.net, pbates@philipbates.net;abridges@philipbates.net

Sarah St John Walton on behalf of Creditor Sleep Solutions and Services, LLC
swalton@philipbates.net, pbates@philipbates.net;abridges@philipbates.net

George L. Zinkler, III on behalf of Creditor Philips Medical Capital, LLC
gzinkler@rprslaw.com, gzinkler.ecf@rprslaw.com

Eric B. Zwiebel on behalf of Creditor LEAF Capital Funding, LLC
eric.zwiebel@emzwlaw.com, eservice@emzwlaw.com

**18-30012-JCO Notice will not be electronically mailed to:**
Amur Equipment Finance, Inc.
Attn: Legal Department
308 N. Locust St.
Grand Island, NE 68801

Atlas Acquisitions LLC
294 Union St.
Hackensack, NJ 07601

Carolyn Banakas
6118 The Oaks Lane
Pensacola, FL 32504

Jill B. Sport, CPA, PA
5060 Woodbine Rd.
Pace, FL 32571

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1129-3<br>Case 18-30012-JCO<br>Northern District of Florida<br>Pensacola<br>Thu Aug  6 09:37:38 EDT 2020 | Ally Financial<br>c/o Andrew W. Houchins, Esq.<br>P.O. Box 3146<br>Orlando, FL 32802-3146 | Amur Equipment Finance, Inc.<br>Attn: Legal Department<br>308 N. Locust St.<br>Grand Island, NE 68801-5969 |
| Atlas Acquisitions LLC<br>294 Union St.<br>Hackensack, NJ 07601-4303 | BLUE BRIDGE FINANCIAL INC<br>c/o Howard S Toland, Esq<br>1200 Weston Road PH<br>Weston, FL 33326-1987 | Bayview Loan Servicing, LLC<br>ALDRIDGE PITE, LLP<br>4375 Jutland Drive, Suite 200<br>P.O. Box 17933<br>San Diego, CA 92177-7921 |
| Computers Unlimited<br>2407 Montana Ave<br>Billings, MT 59101-2336 | Escambia County Tax Collector<br>c/o Sarah S. Walton<br>Philip A. Bates, P.A.<br>P.O. Box 1390<br>Pensacola, FL 32591-1390 | Gulf Medical Services, Inc.<br>3103 North 12 Ave.<br>Pensacola, FL 32503-4006 |
| INTERNAL REVENUE SERVICE,USA<br>United States Attorney's Office<br>21 E. Garden Street<br>Suite 400<br>Pensacola, FL 32502-5675 | Jill B. Sport, CPA, PA<br>5060 Woodbine Rd.<br>Pace, FL 32571-8713 | LEAF Capital Funding, LLC<br>c/o Emanuel & Zwiebel, PLLC<br>7900 Peters Road<br>Building B<br>Suite 100<br>Plantation, FL 33324-4045 |
| New Residential Mortgage Loan Trust 2015-2<br>Robertson, Anschutz & Schneid, P.L.<br>6409 Congress Ave., Suite 100<br>Boca Raton, FL 33487-2853 | Philips Medical Capital, LLC<br>c/o George L. Zinkler, III<br>Rice Pugatch<br>101 NE Third Avenue<br>Suite 1800<br>Ft. Lauderdale, FL 33301b   33301-1252 | Prochant, Inc.<br>c/o Robert J. Powell, Esq.<br>Clark Partington<br>PO Box 13010<br>Pensacola, FL 32591-3010 |
| Regions Bank c/o W. Patrick Ayers<br>Burr & Forman LLP<br>201 North Franklin Street, Suite 3200<br>Tampa, FL 33602-5872 | Targeted Lease Capital, LLC<br>5500 Main Street<br>Suite 300<br>Williamsville, NY 14221-6753 | *Andrea C. Lyons, Esquire<br>Emmanuel, Sheppard & Condon<br>30 S. Spring Street<br>Pensacola, FL 32502-5612 |
| *Bank of America<br>PO Box 15019<br>Wilmington, DE 19850-5019 | *Blue Bridge Financial Inc<br>c/o Howard S Toland, Esq<br>1200 Weston Rd, PH<br>Weston, Fla 33326-1987 | *Faye Jernigan<br>5953 Moors Oak Dr<br>Milton, FL 32583-2844 |
| *Florida Department of Revenue<br>5050 West Tennessee St<br>Tallahassee, FL 32399-0100 | *Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | *Janet Harris<br>1951 Iris Lane<br>Navarre, FL 32566-8316 |
| *Jason H. Egan<br>U.S. Department of Justice<br>Office of the United States Trustee<br>110 East Park Avenue, Suite 128<br>Tallahassee, FL 32301-7728 | *Jodi Daniel Dubose<br>Stichter, Riedel, Blain & Postler<br>41 N. Jefferson Street, Suite 111<br>Pensacola, FL 32502-5669 | *John E. Venn, Jr., P.A.<br>220 W. Garden St., Ste. 603<br>Pensacola, FL 32502-5732 |
| *Karen Duncan<br>780 Ash Drive<br>Pensacola, FL 32503-2319 | *LEAF Capital Funding, LLC<br>Emanuel & Zwiebel, PLLC<br>7900 Peters Road<br>Building B, Suite 100<br>Plantation, Florida 33324-4045 | *Life Gas<br>24963 Network Place<br>Chicago, IL 60673-1249 |

*Philips Medical Capital, LLC.
Attn: George L. Zinkler, III
Rice Pugatch et al
101 N.E. Third Avenue, Suite 1800
Fort Lauderdale, FL 33301-1252

*Regions Bank
201 Milan Pkwy
Birmingham, AL 35211-6946

*Regions Bank
PO Box 830734
Birmingham, AL 35283-0734

*Regions Bank
c/o Christine B. Segarra, Esq.
Burr and Forman LLP
RSA Tower
11 N Water St., Ste. 22200
Mobile, AL 36602-5022

*Regions Bank
c/o Kasee S. Heisterhagen
Burr & Forman, LLP
P.O. Box 2287
Mobile, AL 36652-2287

*Resmed
PO Box 534593
Atlanta, GA 30353-4593

*Respironics
PO Box 405740
Atlanta, GA 30384-5700

*Richard A. Roberts
c/o Zalkin Revell, PLLC
2441 US Highway 98, Suite 109
Santa Rosa Beach, FL 32459-5386

*Robert Rinke
21  La Caribe Dr
Pensacola Beach, FL 32561-2032

*Sleep Solutions and Services, LLC
c/o Sarah S. Walton, Esq.
PO Box 1390
Pensacola, FL 32591-1390

*State of Florida Department of Revenue
5050 W Tennesse St
Tallahassee, FL 32399-6586

*Steve Butler
Assistant United States Attorney
21 E. Garden Street, Suite 400
Pensacola, FL 32502-5675

*W. Patrick Ayers, Esq.
201 North Franklin Street, Suite 3200
Tampa, FL 33602-5872

ALTUS/Remit Data
80 Monroee Ave
Suite 300
Memphis, TN 38103-2432

AT&T Corp
% AT&T Services, Inc.
Karen Cavagnaro, Esq.
One AT&T Way, Suite 3A104
Bedminster, NJ 07921-2693

Ally Financial
PO Box 130424
Roseville MN 55113-0004

Ally Financial
PO Box 380901
Minneapolis, MN 55438-0901

American Express Bank, FSB
c/o Becket and Lee LLP
PO Box 3001
Malvern  PA 19355-0701

Amur
PO Box 2555
Grand Island, NE 68802-2555

Amur Equipment Finance, Inc.
308 N. Locust St.
Grand Island, NE 68801-5969

Ariel Bouskila
Berkovitch & Bouskila, PLLC
40 Exchange Place Suite 1306
New York, NY 10005-2743

Baptist Occupational Health Clinic
9400 University Parkway, Ste. 101A
Pensacola, FL 32514-5485

Bayview Loan Servicing, LLC
c/o Wanda Deborah Murray
Aldridge Pite LLP
Fifteen Piedmont Center
3575 Piedmont Road, N.E., Suite 500
Atlanta, GA 30305-1636

BellSouth Telecommunications, Inc.
% AT&T Services, Inc.
Karen Cavagnaro, Esq.
One AT&T Way, Suite 3A104
Bedminster, NJ 07921-2693

Berney Office Solutions
P O Box 932893
Atlanta, GA 31193-2893

Blue Bridge
535 Washing Street
Suite 201
Buffalo, NY 14203-1430

Blue Bridge Financial Services Inc
535 Washington Street Suite 201
Buffalo, NY 14203-1430

Bonded Filter Company
One Vantage Way, Suite D210
Nashville, TN 37228-1585

Brightree Patient Collections
1735 North Brown Road Suite 500
Lawrenceville, GA 30043-8228

Brown & Fortunato, P.C.
905 S. Fillmore, Suite 400
Amarillo, TX 79101-3541

Brown and Fortunate
PO Box 9418
Amarillo, TX 79105-9418

CIT Bank NA
PO Box 593007
San Antonio, TX 78259-0200

CIT Finance, LLC
PO Box 593007
San Antonio, TX 78259-0200

Caine-Weiner/joint comm/wk 105.00
1699 East Woddfield Rd
#36
Memphis, TN 38103

Capital One
PO Box 30285
Salt Lake City, UT 84130-0285

Cardinal Health 110, LLC
c/o Debra Willet, VP Assoc Gen Counsel
7000 Cardinal Health
Dublin, OH 43017

Carol Banakas
6118 The Oaks Lane
Pensacola, FL 32504-7381

Carplugs
3012 Momentum Place
Chicago, IL 60689-5330

Cox Communications
P O Box 771911
Detroit, MI 48277-1911

Culligan Water Services
624 Lovejoy Road NW
Ft Walton Beach, FL 32548-3832

David W. Carickhoff,Ch 7 Ttee of Univita Hol
Pachulski Stang, Ziehl & Jones LLP
Attn:   Jason S. Pomerantz
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067-4003

(p)DISCOVER FINANCIAL SERVICES LLC
PO BOX 3025
NEW ALBANY OH 43054-3025

EULER HERMES N.A. as Agent for DRIVE MEDICAL
800 Red Brook Blvd, #400C
Owings Mills, MD 21117-5173

EULER HERMES N.A. as DRIVE MEDICAL SPV LLC
800 Red Brook Blvd, #400C
Owings Mills, DC 21117-5173

Eric B. Zwiebel, Esq.
Emanuel & Zwiebel, PLLC
7900 Peters Road
Building B, Suite 100
Plantation, FL 33324-4045

Euler Hermes/Drive
800 Red Brook Blvd.
Suite 400C
Owings Mills, MD 21117-5190

Express Oil
384 Turnberry Rd
Birmingham, AL 35244-3290

Express Oil of Pensacola, Inc.
384 Turnberry Road
Birmingham, AL 35244-3290

Financial Pacific
PO Box 749642
Los Angeles, CA 90074-9642

Financial Pacific Leasing, Inc.
3455 S 344th Way, Ste. 300
Federal Way, WA 98001-9546

George L. Zinkler, III, Esq.
Rice Pugatch
101 NE 3rd Avenue, Suite 1800
Ft. Lauderdale, FL 33301-1252

Geriscript
PO Box 1534
Columbus, GA 31902-1534

Gilmore Services
31 East Fairfield Dr
Pensacola, FL 32501-1403

Gulf Power Company
P O Box 8306600
Birmingham, AL 35283-0660

Hayslip and Zost Pharmacy Brokers, LLC
Rick Lewellen
3717 Skyline Drive
Plano, TX 75025-1905

Hitachi Capital America Corp.
P.O. Box 15667
Minneapolis, MN 55415-0667

Hitachi-Tempus
10170W Tropicana Ave
Las Vegas, NV 89147-8465

In Home Solutions
8500 Baycenter Rd
Suite 25
Jacksonville, FL 32256-7465

Kenneth Steber
115 Sabine Dr.
Pensacola Beach, FL 32561-5222

Kenneth Steber
3103 N. 12th Ave
Pensacola, FL 32503-4006

Key Equipment
100 South McCaslin Blvd.
Superior, CO 80027-9456

Key Equipment Finance
1000 S. McCaslin Blvd
Superior, CO 80027-9441

Key Equipment/7
100 South McCaslin Blvd.
Superior, CO 80027-9456

Key Equipment/8
100 South McCaslin Blvd.
Superior, CO 80027-9456

Knight Capital Funding III, LLC
1691 Michigan Avenue, Suite 230
Miami Beach, Florida 33139-2566

Leaf Capital
PO Box 742647
Cincinnati, OH 45274-2647

Linde Gas North America LLC
200 Somerset Corporate Blvd.
Suite 7000
Bridgewater, NJ 08807-2882

Main Street
3 Hutton Centre Drive
Suite 400
Santa Ana, CA 92707-5788

McCarthy, Burgess and Wolff
2600 Cannon Rd
Bedford, OH 44146

McKesseon Medical-Surgical
Minnesota Supply, Inc.
c/o Stephanie Hampton
4345 Southpoint Blvd
Jacksonville, FL 32216-6166

McKession Surgical
Minnwsota Supply Inc.
Lockbox 63404
Cincinnati, OH 45263-0001

Medforce
2 Executive Blvd.
Suffern, NY 10901-8220

(p)MEDLINE INDUSTRIES INC
ATTN ANNE KISHA
ONE MEDLINE PL
MUNDELEIN IL 60060-4486

NEW RESIDENTIAL MORTGAGE LOAN TRUST 2015-2
P.O. Box 619096
Dallas TX 75261-9096

Natasha Z. Revell, Esq.
Zalkin Revell, PLLC
2441 US Highway 98W
Suite 109
Santa Rosa Beach, FL 32459-5386

Navitas
PO Box 9500
Wilkes Barre, PA 18773-9500

Network Communications
3320 Bill Metzger Lane
Pensacola, FL 32514-7076

New Era
North Orange St
Suite 767
Wilmington, DE 19801

New Era Lending, LLC
40 Exchange Place Suite 1306
New York, NY 10005-2743

PAWNEE LEASING CORPORATION
SOLOVE LAW FIRM, P.A.
12002 SW 128TH COURT, SUITE 201
MIAMI, FL 33186-4643

Pawnee/Providence
3801 Automation Way
Suite 209
Fort Collins, CO 80525-5735

Petro Flow, Inc.
13807 Fiddlers Green Rd
Southport, FL 32409-3620

Philips
PO Box 92449
Cleveland, OH 44193-0003

Philips Healthcare
c/o Bruce Borrus
Fox Rothschild LLP
1001 4th Ave. Suite 4500
Seattle, WA 98154-1192

Philips Medical Capital, LLC
c/o George L. Zinkler, III, Esq.
Rice Pugatch Robinson Storfer & Cohen, P
101 NE 3rd Avenue, Suite 1800
Fort Lauderdale, FL 33301-1252

Printers of Pensacola, LLC
1207 West Garden Street
Pensacola, FL 32502-4556

Providence Capital Funding
3020 Saturn Street
Suite 203
Brea, CA 92821-6262

QS1
PO Box 890898
Charlotte, NC 28289-0898

Queen Funding
2221 NE 164th ST
Suite 1144
North Miami Beach, FL 33160-3703

Regions Bank
250 Riverchase Parkway East, Suite 400
Hoover, AL 35244-1832

Regions Bank
c/o W. Patrick Ayers
Burr & Forman LLP
201 North Franklin Street, Suite 3200
Tampa, Florida 33602-5872

ResMed Corp.
9001
san diego, CA 92123

Royal Bank AM
550 Township Line Road
Blue Bell, PA 19422-2732

Sacred Heart Occupational Health
Sacred Heart Medical Group
P O Box 2766
Pensacola, FL 32513-2766

Specialty Answering Service
1006 W 9th Ave
King of Prussia, PA 19406-1206

State of Florida - Department of Revenue
Post Office Box 6668
Tallahassee, FL 32314-6668

Stephen Jernigan
8532 Moores Oak Drive
Milton, FL 32583

Suntrust Bank
PO Box 9079
Baltimore, MD 21279-0001

Supreme Medical
Fulfillment Systems, Inc
P O Box 850247
Mobile, AL 36685-0247

TOPRX, LLC
2950 Brother Blvd, Ste 102
Bartlett, TN 38133-3968

Targeted Capital
PO Box 3892
Seattle, WA 98124-3892

Targeted Lease Capital, LLC
Attn: Norm Stein
5500 Main Street, Suite 300
Williamsville, NY 14221-6753

Teresa M. Dorr, Esq.
Zalkin Revell, PLLC
2441 US Highway 98W
Suite 109
Santa Rosa Beach, FL 32459-5386

The ARC Gateway, Inc.
3932 North 10th Ave
Pensacola, FL 32503-2807

Top RX
2950 Brother Blvd.
Bartlet, TN 38133-3968

USMED Equipment
P O Box 41321
Houston, TX 77241-1321

Umpqua Bank/Fin Pac
3455 A 344th Way
Suite 300
Auburn, WA 98001

United States Trustee
110 E. Park Avenue
Suite 128
Tallahassee, FL 32301-7728

UnitedHealthcare Insurance Company
ATTN: CDM Bankruptcy
03B
185 Asylum Street
Hartford, CT 06103-3408

Universal Financial /Trace Medical
5877 Pine Ave
Suite 200
Chino Hills, CA 91709-6543

VGM Financial
1111 West SAm Marnan Drive
Suite A1 West
Waterloo, IA 50701-8924

VGM Financial/330
1111 West SAm Marnan Drive
Suite A1 West
Waterloo, IA 50701-8924

VGM Financial/331
1111 West SAm Marnan Drive
Suite A1 West
Waterloo, IA 50701-8924

VGM Financial/332
1111 West SAm Marnan Drive
Suite A1 West
Waterloo, IA 50701-8924

Verizon
P O Box 660108
Dallas, TX 75266-0108

Wells Fargo Vendor Financial Services, LLC
P.O. Box 105710
Atlanta, GA 30348-5710

Yellowstone
1 Eventrust Plaza
Jersey City, NJ 07302-3087

c/o Sarah S. Walton
Philip A. Bates, P.A.
P.O. Box 1390
Pensacola, FL 32591-1390

Carolyn Banakas
6118 The Oaks Lane
Pensacola, FL 32504-7381

J. Steven Ford
Wilson, Harrell, Farrington
307 S. Palafox Street
Pensacola, FL 32502-5929

| | | |
|---|---|---|
| J. Steven Ford<br>Wilson, Harrell, Smith, Farrington & For<br>307 South Palafox Street<br>Pensacola, FL 32502-5929 | Richard Adrian Roberts<br>1951 Iris Lane<br>Navarre, FL 32566-8316 | Stephen L. Jernigan<br>1886 Schnoor Road<br>Jay, FL 32565-9773 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Discover Financial Services<br>PO Box 15316<br>Wilmington, DE 19850 | Medline<br>Dept CH 14400<br>Palatine, IL 60055 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Sleep Solutions and Services, LLC | (d)*Prochant, Inc.<br>c/o Robert J. Powell, Esq.<br>Clark Partington<br>PO Box 13010<br>Pensacola, FL 32591-3010 | (d)Atlas Acquisitions LLC<br>294 Union St.<br>Hackensack, NJ 07601-4303 |
| (d)Computers Unlimited<br>2407 Montana Ave<br>Billings, MT 59101-2336 | (d)LEAF Capital Funding, LLC<br>c/o Emanuel & Zwiebel, PLLC<br>7900 Peters Road<br>Building B, Suite 100<br>Plantation, FL 33324-4045 | (d)New Residential Mortgage Loan Trust 2015-2<br>Robertson, Anschutz & Schneid, P.L.<br>6409 Congress Ave., Suite 100<br>Boca Raton, FL 33487-2853 |
| (d)Kenneth Steber<br>115 Sabine Dr.<br>Pensacola Beach, FL 32561-5222 | End of Label Matrix<br>Mailable recipients    152<br>Bypassed recipients      7<br>Total                  159 | |