UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**IN RE:**

GULF MEDICAL SERVICES, INC.                    Case No.: 18-30012-JCO
                                                Chapter 11
    Debtor-in-Possession.

---

NOTICE OF FILING AMENDED EXHIBIT A TO CHAPTER 11 PLAN OF
DEBTOR (LIQUIDATING PLAN) (DOC. 355)

---

Debtor-in-Possession, Gulf Medical Services, Inc., through counsel, hereby gives notice of filing Amended Exhibit A to Debtor's Chapter 11 Plan (Liquidating Plan) (Doc. 355), attached hereto.

                                                              _____
                                                               J. Steven Ford
                                                               Florida Bar Number 512869
                                                               Wilson, Harrell, Farrington, Ford,
                                                               Wilson, Spain, & Parsons, P.A.
                                                               307 S. Palafox Street
                                                               Pensacola, FL 32502
                                                               (850) 438-1111 Telephone
                                                               (850) 432-8500 Facsimile
                                                               jsf@whsf-law.com
                                                               amanda@whsf-law.com

CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing has been furnished to all creditors appearing in Debtor's mailing matrix by either regular U.S.

Mail, postage prepaid, or electronic mail where available this __2__ day of September, 2021.

_____
J. Steven Ford

**18-30012-JCO Notice will be electronically mailed to:**

William Patrick Ayers on behalf of Creditor Regions Bank c/o W. Patrick Ayers
payers@burr.com, dmorse@burr.com

Steve Butler on behalf of Creditor INTERNAL REVENUE SERVICE, USA
Steven.Butler@usdoj.gov, Marsha.S.Francis@usdoj.gov;caseview.ecf@usdoj.gov

Teresa M. Dorr on behalf of Interested Party Richard Adrian Roberts
tdorr@zalkinrevell.com, tgordon@zalkinrevell.com

Jodi Daniel Dubose on behalf of Interested Party Stephen L. Jernigan
jdubose@srbp.com, lhathaway@srbp.com;jdubose.ecf@srbp.com

Jason H. Egan on behalf of U.S. Trustee United States Trustee
jason.h.egan@usdoj.gov, charles.edwards@usdoj.gov

J. Steven Ford on behalf of Attorney J. Steven Ford
jsf@whsf-law.com, melissa@whsf-law.com

J. Steven Ford on behalf of Debtor Gulf Medical Services, Inc.
jsf@whsf-law.com, melissa@whsf-law.com

Andrew Wayne Houchins on behalf of Creditor Ally Financial
arivera@rushmarshall.com, ahouchins@rushmarshall.com

Keith Labell on behalf of Creditor New Residential Mortgage Loan Trust 2015-2
klabell@rasflaw.com, klabell@rasflaw.com

Andrea C. Lyons on behalf of Creditor Targeted Lease Capital, LLC
acl@esclaw.com, dsb@esclaw.com

Wanda Deborah Murray on behalf of Creditor Bayview Loan Servicing, LLC
ecfflnb@aldridgepite.com, WMurray@ecf.courtdrive.com

Robert James Powell on behalf of Creditor Prochant, Inc.
rpowell@clarkpartington.com,
ldunlap@clarkpartington.com;jknudsen@clarkpartington.com;kcastillo@clarkpartington.com

Natasha Z. Revell on behalf of Interested Party Richard Adrian Roberts
nrevell@zalkinrevell.com, krevell@zalkinrevell.com;tgordon@zalkinrevell.com

Christine Segarra on behalf of Creditor Regions Bank c/o W. Patrick Ayers
csegarra@burr.com

Howard S. Toland on behalf of Creditor BLUE BRIDGE FINANCIAL INC
Htoland@mitrani.com

United States Trustee
USTPRegion21.TL.ECF@usdoj.gov

John E. Venn on behalf of Interested Party Kenneth Steber
johnevennjrpa@aol.com,
jweber1861@aol.com;breeze1014@gmail.com;acv7398@aol.com

Sarah St John Walton on behalf of Creditor Escambia County Tax Collector
swalton@philipbates.net, pbates@philipbates.net;erogers@philipbates.net

Sarah St John Walton on behalf of Creditor Sleep Solutions and Services, LLC
swalton@philipbates.net, pbates@philipbates.net;erogers@philipbates.net

George L. Zinkler, III on behalf of Creditor Philips Medical Capital, LLC
gzinkler@rprslaw.com, gzinkler.ecf@rprslaw.com

Eric B. Zwiebel on behalf of Creditor LEAF Capital Funding, LLC
eric.zwiebel@emzwlaw.com, eservice@emzwlaw.com

**18-30012-JCO Notice will not be electronically mailed to:**

Amur Equipment Finance, Inc.
Attn: Legal Department

308 N. Locust St.
Grand Island, NE 68801

Atlas Acquisitions LLC
294 Union St.
Hackensack, NJ 07601

Carolyn Banakas
6118 The Oaks Lane
Pensacola, FL 32504

Computers Unlimited
2407 Montana Ave
Billings, MT 59101

Jill B. Sport, CPA, PA
5060 Woodbine Rd.

## AMENDED EXHIBIT "A"

### Proposed Distributions under the Plan

Class 2.1(A) – Allowed Administrative Claims

| **Creditor** | **Allowed Claim** | **Partial Payment** | **Balance** |
|---|---|---|---|
| 1. Prochant | $34,100.08 | $20,460.05 | $13,640.03 |
| 2. Sleep Solution | $30,361.20 | $18,216.72 | $12,144.48 |
| 3. Escambia Tax Collector | $1,028.23 | $616.94 | $411.29 |
| 4. C. Banakas | $5,000.00 | $3,000.00 | $2,000.00 |
| 5. K. Steber[i] | $217,858.26 | $130,714.96 | $87,143.30 |
| 6. Escambia Tax Collector[ii] (2018) | $7,611.28 | $4,566.77 | $3,044.51 |
| Escambia Tax Collector[iii] (2019) | $4,231.50 | $2,538.90 | $1,692.60 |
| 7. Santa Rosa Tax Collector (2018) | $2,545.79 | $1,527.47 | $1,018.32 |
| Santa Rosa Tax Collector (2019) | $1,251.94 | $751.16 | $500.78 |
| 8. R. Roberts[iv] | $32,266.17 | $19,360.06 | $12,906.11 |
| 9. IRS | $298,987.41 | $179,341.93 | $119,645.48 |

Total: $254,146.90

Anticipated funds remaining after payment of Allowed Administrative Claims in Class 2.1(A): $215,666.31

U.S. Trustee Fee: $1,879.25

Class 2.1(B): Professional Fee Claims - Not yet determined (Accountant application for $17,775.00 is pending approval)

Classes 2.2 - 2.5: Priority Claims - $127,409.42[v]

Classes 2.6 – 2.9: To be treated as unsecured.

Class 2.10: General unsecured nonpriority claims – to receive balance of funds on a pro rata basis.

---

[i] This claim will be paid to the Chapter 7 Trustee for Kenneth Steber in case no: 18-30639-KKS. This claim is subject to federal withholding taxes.
[ii] Property owned by Stephen Jernigan leased to the Debtor.
[iii] Property owned by Stephen Jernigan leased to the Debtor.
[iv] This claim is subject to federal withholding taxes.
[v] Does not include interest due on the claim. Interest to be calculated as of Effective Date.

```
bel Matrix for local noticing          Ally Financial                        Amur Equipment Finance, Inc.
29-3                                   c/o Andrew W. Houchins, Esq.          Attn: Legal Department
se 18-30012-JCO                        P.O. Box 3146                         308 N. Locust St.
rthern District of Florida             Orlando, FL 32802-3146                Grand Island, NE 68801-5969
nsacola
u Sep  2 13:07:57 EDT 2021

)ATLAS ACQUISITIONS LCC                BLUE BRIDGE FINANCIAL INC             Bayview Loan Servicing, LLC
2C CEDAR LANE SUITE 442                c/o Howard S Toland, Esq              ALDRIDGE PITE, LLP
ANECK NJ 07666-1713                    1200 Weston Road PH                   4375 Jutland Drive, Suite 200
                                       Weston, FL 33326-1987                 P.O. Box 17933
                                                                             San Diego, CA 92177-7921


mputers Unlimited                      Escambia County Tax Collector         Gulf Medical Services, Inc.
07 Montana Ave                         c/o Sarah S. Walton                   3103 North 12 Ave.
llings, MT 59101-2336                  Philip A. Bates, P.A.                 Pensacola, FL 32503-4006
                                       P.O. Box 1390
                                       Pensacola, FL 32591-1390


TERNAL REVENUE SERVICE,USA             Jill B. Sport, CPA, PA                LEAF Capital Funding, LLC
ited States Attorney's Office          5060 Woodbine Rd.                     c/o Emanuel & Zwiebel, PLLC
 E. Garden Street                      Pace, FL 32571-8713                   7900 Peters Road
ite 400                                                                      Building B
nsacola, FL 32502-5675                                                       Suite 100
                                                                             Plantation, FL 33324-4045

w Residential Mortgage Loan Trust 2015-2  Pawnee Leasing Corporation         Philips Medical Capital, LLC
bertson, Anschutz & Schneid, P.L.      c/o Solove Law Firm, P.A.             c/o George L. Zinkler, III
09 Congress Ave., Suite 100            P.O. Box 560608                       Rice Pugatch
ca Raton, FL 33487-2853                Miami, FL 33256-0608                  101 NE Third Avenue
                                                                             Suite 1800
                                                                             Ft. Lauderdale, FL 33301b  33301-1252

gions Bank c/o W. Patrick Ayers        Targeted Lease Capital, LLC           *Andrea C. Lyons, Esquire
rr & Forman LLP                        5500 Main Street                      Emmanuel, Sheppard & Condon
1 North Franklin Street, Suite 3200    Suite 300                             30 S. Spring Street
mpa, FL 33602-5872                     Williamsville, NY 14221-6753          Pensacola, FL 32502-5612


ank of America                         *Blue Bridge Financial Inc            *Faye Jernigan
 Box 15019                             c/o Howard S Toland, Esq              5953 Moors Oak Dr
lmington, DE 19850-5019                1200 Weston Rd, PH                    Milton, FL 32583-2844
                                       Weston, Fla 33326-1987


lorida Department of Revenue           *Internal Revenue Service             *Internal Revenue Service
50 West Tennessee St                   PO Box 7346                           c/o Corey J. Smith, Asst. U. S. Attorney
llahassee, FL 32399-0100               Philadelphia, PA 19101-7346           111 North Adams St., 4th Floor
                                                                             Tallahassee, FL 32301-7730


anet Harris                            *Jason H. Egan                        *Jodi Daniel Dubose
51 Iris Lane                           U.S. Department of Justice            Stichter, Riedel, Blain & Postler
varre, FL 32566-8316                   Office of the United States Trustee   41 N. Jefferson Street, Suite 111
                                       110 East Park Avenue, Suite 128       Pensacola, FL 32502-5669
                                       Tallahassee, FL 32301-7728


ohn E. Venn, Jr., P.A.                 *Karen Duncan                         *LEAF Capital Funding, LLC
0 W. Garden St., Ste. 603              780 Ash Drive                         Emanuel & Zwiebel, PLLC
nsacola, FL 32502-5732                 Pensacola, FL 32503-2319              7900 Peters Road
                                                                             Building B, Suite 100
                                                                             Plantation, Florida 33324-4045
```

| | | |
|---|---|---|
| ife Gas<br>963 Network Place<br>icago, IL 60673-1249 | *Philips Medical Capital, LLC.<br>Attn: George L. Zinkler, III<br>Rice Pugatch et al<br>101 N.E. Third Avenue, Suite 1800<br>Fort Lauderdale, FL 33301-1252 | *Prochant, Inc.<br>c/o Robert J. Powell, Esq.<br>Moorhead Real Estate Law Group<br>127 Palafox Place, Suite 200<br>Pensacola, FL 32502-5698 |
| egions Bank<br>1 Milan Pkwy<br>rmingham, AL 35211-6946 | *Regions Bank<br>PO Box 830734<br>Birmingham, AL 35283-0734 | *Regions Bank<br>c/o Christine B. Segarra, Esq.<br>Burr and Forman LLP<br>RSA Tower<br>11 N Water St., Ste. 22200<br>Mobile, AL 36602-5022 |
| egions Bank<br>o Kasee S. Heisterhagen<br>rr & Forman, LLP<br>O. Box 2287<br>bile, AL 36652-2287 | *Resmed<br>PO Box 534593<br>Atlanta, GA 30353-4593 | *Respironics<br>PO Box 405740<br>Atlanta, GA 30384-5700 |
| ichard A. Roberts<br>o Zalkin Revell, PLLC<br>41 US Highway 98, Suite 109<br>nta Rosa Beach, FL 32459-5386 | *Robert Rinke<br>21  La Caribe Dr<br>Pensacola Beach, FL 32561-2032 | *Sleep Solutions and Services, LLC<br>c/o Sarah S. Walton, Esq.<br>PO Box 1390<br>Pensacola, FL 32591-1390 |
| tate of Florida Department of Revenue<br>50 W Tennesse St<br>llahassee, FL 32399-6586 | *Steve Butler<br>Assistant United States Attorney<br>21 E. Garden Street, Suite 400<br>Pensacola, FL 32502-5675 | *W. Patrick Ayers, Esq.<br>201 North Franklin Street, Suite 3200<br>Tampa, FL 33602-5872 |
| TUS/Remit Data<br> Monroee Ave<br>ite 300<br>mphis, TN 38103-2432 | AT&T Corp<br>% AT&T Services, Inc.<br>Karen Cavagnaro, Esq.<br>One AT&T Way, Suite 3A104<br>Bedminster, NJ 07921-2693 | Ally Financial<br>PO Box 130424<br>Roseville MN 55113-0004 |
| ly Financial<br> Box 380901<br>nneapolis, MN 55438-0901 | American Express Bank, FSB<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 | Amur<br>PO Box 2555<br>Grand Island, NE 68802-2555 |
| ur Equipment Finance, Inc.<br>8 N. Locust St.<br>and Island, NE 68801-5969 | Ariel Bouskila<br>Berkovitch & Bouskila, PLLC<br>40 Exchange Place Suite 1306<br>New York, NY 10005-2743 | Baptist Occupational Health Clinic<br>9400 University Parkway, Ste. 101A<br>Pensacola, FL 32514-5485 |
| yview Loan Servicing, LLC<br>o Wanda Deborah Murray<br>dridge Pite LLP<br>fteen Piedmont Center<br>75 Piedmont Road, N.E., Suite 500<br>lanta, GA 30305-1636 | BellSouth Telecommunications, Inc.<br>% AT&T Services, Inc.<br>Karen Cavagnaro, Esq.<br>One AT&T Way, Suite 3A104<br>Bedminster, NJ 07921-2693 | Berney Office Solutions<br>P O Box 932893<br>Atlanta, GA 31193-2893 |
| ue Bridge<br>5 Washing Street<br>ite 201<br>ffalo, NY 14203-1430 | Blue Bridge Financial Services Inc<br>535 Washington Street Suite 201<br>Buffalo, NY 14203-1430 | Bonded Filter Company<br>One Vantage Way, Suite D210<br>Nashville, TN 37228-1585 |

| | | |
|---|---|---|
| ightree Patient Collections<br>35 North Brown Road Suite 500<br>wrenceville, GA 30043-8228 | Brown & Fortunato, P.C.<br>905 S. Fillmore, Suite 400<br>Amarillo, TX 79101-3541 | Brown and Fortunate<br>PO Box 9418<br>Amarillo, TX 79105-9418 |
| T Bank NA<br>Box 593007<br>n Antonio, TX 78259-0200 | CIT Finance, LLC<br>PO Box 593007<br>San Antonio, TX 78259-0200 | Caine-Weiner/joint comm/wk 105.00<br>1699 East Woddfield Rd<br>#36<br>Memphis, TN 38103 |
| pital One<br>Box 30285<br>lt Lake City, UT 84130-0285 | Cardinal Health 110, LLC<br>c/o Debra Willet, VP Assoc Gen Counsel<br>7000 Cardinal Health<br>Dublin, OH 43017 | Carol Banakas<br>6118 The Oaks Lane<br>Pensacola, FL 32504-7381 |
| rplugs<br>12 Momentum Place<br>icago, IL 60689-5330 | Cox Communications<br>P O Box 771911<br>Detroit, MI 48277-1911 | Culligan Water Services<br>624 Lovejoy Road NW<br>Ft Walton Beach, FL 32548-3832 |
| vid W. Carickhoff,Ch 7 Ttee of Univita Hol<br>chulski Stang, Ziehl & Jones LLP<br>tn:  Jason S. Pomerantz<br>100 Santa Monica Blvd., 13th Floor<br>s Angeles, CA 90067-4114 | (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | EULER HERMES N.A. as Agent for DRIVE MEDIC<br>800 Red Brook Blvd, #400C<br>Owings Mills, MD 21117-5173 |
| LER HERMES N.A. as DRIVE MEDICAL SPV LLC<br>0 Red Brook Blvd, #400C<br>ings Mills, DC 21117-5173 | Eric B. Zwiebel, Esq.<br>Emanuel & Zwiebel, PLLC<br>7900 Peters Road<br>Building B, Suite 100<br>Plantation, FL 33324-4045 | Euler Hermes/Drive<br>800 Red Brook Blvd.<br>Suite 400C<br>Owings Mills, MD 21117-5190 |
| press Oil<br>4 Turnberry Rd<br>rmingham, AL 35244-3290 | Express Oil of Pensacola, Inc.<br>384 Turnberry Road<br>Birmingham, AL 35244-3290 | Financial Pacific<br>PO Box 749642<br>Los Angeles, CA 90074-9642 |
| nancial Pacific Leasing, Inc.<br>55 S 344th Way, Ste. 300<br>deral Way, WA 98001-9546 | George L. Zinkler, III, Esq.<br>Rice Pugatch<br>101 NE 3rd Avenue, Suite 1800<br>Ft. Lauderdale, FL 33301-1252 | Geriscript<br>PO Box 1534<br>Columbus, GA 31902-1534 |
| lmore Services<br>East Fairfield Dr<br>nsacola, FL 32501-1403 | Gulf Power Company<br>P O Box 8306600<br>Birmingham, AL 35283-0660 | Hayslip and Zost Pharmacy Brokers, LLC<br>Rick Lewellen<br>3717 Skyline Drive<br>Plano, TX 75025-1905 |
| tachi Capital America Corp.<br>O. Box 15667<br>nneapolis, MN 55415-0667 | Hitachi-Tempus<br>10170W Tropicana Ave<br>Las Vegas, NV 89147-8465 | In Home Solutions<br>8500 Baycenter Rd<br>Suite 25<br>Jacksonville, FL 32256-7465 |

| | | |
|---|---|---|
| nneth Steber<br>5 Sabine Dr.<br>nsacola Beach, FL 32561-5222 | Kenneth Steber<br>3103 N. 12th Ave<br>Pensacola, FL 32503-4006 | Key Equipment<br>100 South McCaslin Blvd.<br>Superior, CO 80027-9456 |
| y Equipment Finance<br>00 S. McCaslin Blvd<br>perior, CO 80027-9441 | Key Equipment/7<br>100 South McCaslin Blvd.<br>Superior, CO 80027-9456 | Key Equipment/8<br>100 South McCaslin Blvd.<br>Superior, CO 80027-9456 |
| ight Capital Funding III, LLC<br>91 Michigan Avenue, Suite 230<br>ami Beach, Florida 33139-2566 | Leaf Capital<br>PO Box 742647<br>Cincinnati, OH 45274-2647 | Linde Gas North America LLC<br>200 Somerset Corporate Blvd.<br>Suite 7000<br>Bridgewater, NJ 08807-2882 |
| in Street<br>Hutton Centre Drive<br>ite 400<br>nta Ana, CA 92707-5788 | McCarthy, Burgess and Wolff<br>2600 Cannon Rd<br>Bedford, OH 44146 | McKesseon Medical-Surgical<br>Minnesota Supply, Inc.<br>c/o Stephanie Hampton<br>4345 Southpoint Blvd<br>Jacksonville, FL 32216-6166 |
| Kession Surgical<br>nnwsota Supply Inc.<br>ckbox 63404<br>ncinnati, OH 45263-0001 | Medforce<br>2 Executive Blvd.<br>Suffern, NY 10901-8220 | (p)MEDLINE INDUSTRIES INC<br>ATTN ANNE KISHA<br>ONE MEDLINE PL<br>MUNDELEIN IL 60060-4486 |
| W RESIDENTIAL MORTGAGE LOAN TRUST 2015-2<br>O. Box 619096<br>llas TX 75261-9096 | Natasha Z. Revell, Esq.<br>Zalkin Revell, PLLC<br>2441 US Highway 98W<br>Suite 109<br>Santa Rosa Beach, FL 32459-5386 | Nationstar Mortgage, LLC dba Mr. Cooper<br>c/o Wanda D. Murray, Esq.<br>Fifteen Piedmont Center<br>3575 Piedmont Rd., NE., Ste. 500<br>Atlanta, GA 30305-1623 |
| vitas<br>Box 9500<br>lkes Barre, PA 18773-9500 | Network Communications<br>3320 Bill Metzger Lane<br>Pensacola, FL 32514-7076 | New Era<br>North Orange St<br>Suite 767<br>Wilmington, DE 19801 |
| w Era Lending, LLC<br>Exchange Place Suite 1306<br>w York, NY 10005-2743 | Pawnee/Providence<br>3801 Automation Way<br>Suite 209<br>Fort Collins, CO 80525-5735 | Petro Flow, Inc.<br>13807 Fiddlers Green Rd<br>Southport, FL 32409-3620 |
| ilips<br>Box 92449<br>eveland, OH 44193-0003 | Philips Healthcare<br>c/o Bruce Borrus<br>Fox Rothschild LLP<br>1001 4th Ave. Suite 4500<br>Seattle, WA 98154-1192 | Philips Medical Capital, LLC<br>c/o George L. Zinkler, III, Esq.<br>Rice Pugatch Robinson Storfer & Cohen, P<br>101 NE 3rd Avenue, Suite 1800<br>Fort Lauderdale, FL 33301-1252 |
| inters of Pensacola, LLC<br>07 West Garden Street<br>nsacola, FL 32502-4556 | Providence Capital Funding<br>3020 Saturn Street<br>Suite 203<br>Brea, CA 92821-6262 | QS1<br>PO Box 890898<br>Charlotte, NC 28289-0898 |

| | | |
|---|---|---|
| een Funding<br>21 NE 164th ST<br>ite 1144<br>rth Miami Beach, FL 33160-3703 | Regions Bank<br>250 Riverchase Parkway East, Suite 400<br>Hoover, AL 35244-1832 | Regions Bank<br>c/o W. Patrick Ayers<br>Burr & Forman LLP<br>201 North Franklin Street, Suite 3200<br>Tampa, Florida 33602-5872 |
| sMed Corp.<br>01<br>n diego, CA 92123 | Robert J. Powell, Esq.<br>Moorhead Law Group, PLLC<br>127 Palafox Place, Ste 200<br>Pensacola, FL 32502-5698 | Royal Bank AM<br>550 Township Line Road<br>Blue Bell, PA 19422-2732 |
| cred Heart Occupational Health<br>cred Heart Medical Group<br>O Box 2766<br>nsacola, FL 32513-2766 | Specialty Answering Service<br>1006 W 9th Ave<br>King of Prussia, PA 19406-1206 | State of Florida - Department of Revenue<br>Post Office Box 6668<br>Tallahassee, FL 32314-6668 |
| ephen Jernigan<br>32 Moores Oak Drive<br>lton, FL 32583 | Suntrust Bank<br>PO Box 9079<br>Baltimore, MD 21279-0001 | Supreme Medical<br>Fulfillment Systems, Inc<br>P O Box 850247<br>Mobile, AL 36685-0247 |
| PRX, LLC<br>50 Brother Blvd, Ste 102<br>rtlett, TN 38133-3968 | Targeted Capital<br>PO Box 3892<br>Seattle, WA 98124-3892 | Targeted Lease Capital, LLC<br>Attn: Norm Stein<br>5500 Main Street, Suite 300<br>Williamsville, NY 14221-6753 |
| resa M. Dorr, Esq.<br>lkin Revell, PLLC<br>41 US Highway 98W<br>ite 109<br>nta Rosa Beach, FL 32459-5386 | The ARC Gateway, Inc.<br>3932 North 10th Ave<br>Pensacola, FL 32503-2807 | Top RX<br>2950 Brother Blvd.<br>Bartlet, TN 38133-3968 |
| MED Equipment<br>O Box 41321<br>uston, TX 77241-1321 | Umpqua Bank/Fin Pac<br>3455 A 344th Way<br>Suite 300<br>Auburn, WA 98001 | United States Trustee<br>110 E. Park Avenue<br>Suite 128<br>Tallahassee, FL 32301-7728 |
| itedHealthcare Insurance Company<br>TN: CDM Bankruptcy<br>B<br>5 Asylum Street<br>rtford, CT 06103-3408 | Universal Financial /Trace Medical<br>5877 Pine Ave<br>Suite 200<br>Chino Hills, CA 91709-6543 | VGM Financial<br>1111 West SAm Marnan Drive<br>Suite A1 West<br>Waterloo, IA 50701-9007 |
| M Financial/330<br>11 West SAm Marnan Drive<br>ite A1 West<br>terloo, IA 50701-9007 | VGM Financial/331<br>1111 West SAm Marnan Drive<br>Suite A1 West<br>Waterloo, IA 50701-9007 | VGM Financial/332<br>1111 West SAm Marnan Drive<br>Suite A1 West<br>Waterloo, IA 50701-9007 |
| rizon<br>O Box 660108<br>llas, TX 75266-0108 | Wells Fargo Vendor Financial Services, LLC<br>P.O. Box 105710<br>Atlanta, GA 30348-5710 | Yellowstone<br>1 Eventrust Plaza<br>Jersey City, NJ 07302-3087 |

| | | |
|---|---|---|
| o Sarah S. Walton<br>ilip A. Bates, P.A.<br>O. Box 1390<br>nsacola, FL 32591-1390 | Carolyn Banakas<br>6118 The Oaks Lane<br>Pensacola, FL 32504-7381 | J. Steven Ford<br>Wilson, Harrell, Farrington<br>307 S. Palafox Street<br>Pensacola, FL 32502-5929 |
| Steven Ford<br>lson, Harrell, Smith, Farrington & For<br>7 South Palafox Street<br>nsacola, FL 32502-5929 | Richard Adrian Roberts<br>1951 Iris Lane<br>Navarre, FL 32566-8316 | Stephen L. Jernigan<br>1886 Schnoor Road<br>Jay, FL 32565-9773 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| las Acquisitions LLC<br>4 Union St.<br>ckensack, NJ 07601 | (d)Atlas Acquisitions LLC<br>492C Cedar Lane, Ste 442<br>Teaneck, NJ 07666 | (d)Atlas Acquisitions LLC<br>492C Cedar Lane, Ste. 442<br>Teaneck, NJ 07666 |
| scover Financial Services<br>Box 15316<br>lmington, DE 19850 | Medline<br>Dept CH 14400<br>Palatine, IL 60055 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| )Nationstar Mortgage LLC d/b/a Mr. Cooper | (u)Prochant, Inc.<br>c/o Robert J. Powell, Esq. | (u)Sleep Solutions and Services, LLC |
| )Computers Unlimited<br>07 Montana Ave<br>llings, MT 59101-2336 | (d)LEAF Capital Funding, LLC<br>c/o Emanuel & Zwiebel, PLLC<br>7900 Peters Road<br>Building B, Suite 100<br>Plantation, FL 33324-4045 | (d)New Residential Mortgage Loan Trust 201<br>Robertson, Anschutz & Schneid, P.L.<br>6409 Congress Ave., Suite 100<br>Boca Raton, FL 33487-2853 |
| )Pawnee Leasing Corporation<br>o Solove Law Firm, P.A.<br>Box 560608<br>ami, FL 33256-0608 | (d)Pawnee Leasing Corporation<br>c/o Solove Law Firm, P.A.<br>PO Box 560608<br>Miami, FL 33256-0608 | (d)Kenneth Steber<br>115 Sabine Dr.<br>Pensacola Beach, FL 32561-5222 |

d of Label Matrix
ilable recipients   155
passed recipients     9
tal                 164