UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

In Re:

Gulf Medical Services, Inc    Case No.: 18-30012-JCO
                              Chapter 11

　　　　Debtor-in-Possession    Chapter 11
_____

**ORDER CONFIRMING CHAPTER 11 PLAN**
_____

THIS MATTER having come before the Court for hearing on Approval of Debtor's Chapter 11 Plan of Reorganization (Doc. 355) together with Amended Exhibit A to Chapter 11 Plan (Doc. 371), (collectively referred to as the "Plan) after notice to creditors and parties in interest and the Court having considered the Plan filed by Debtor-in-Possession, under Chapter 11 of the Bankruptcy Code, and a copy of said Plan, and of the Disclosure Statement ("Disclosure Statement") (Doc. 354) having been transmitted to the holders of claims and interests and,

It having been determined by the Court:

1.　　That the Plan complies with the appropriate provisions of Chapter 11 of the Code;

2.　　That the proponent of the Plan complies with the applicable provisions of the Code;

3. That the Plan has been proposed in good faith and not by any means forbidden by law;

4. That any payment made or promised by the proponent, or by the Debtor, for services or for costs and expenses in, or in connection with, the case, or in connection with the Plan and incident to the case, have been disclosed to the Court;

5. The proponent of the Plan has disclosed the identity of any insider that will be employed or retained by the reorganized Debtor, and the nature of any compensation for such insider;

6. With respect to each class, each holder of a claim or interest of such class has accepted the Plan; or will receive and retain under the Plan on account of such claim or interest of a value, as of the effective date, that is not less than the amount that such holder would so receive or retain if the Debtor were liquidated under Chapter 7;

7. With respect to each class, such class has accepted the plan, or such class is not impaired under the Plan, or that the Debtor has otherwise met the requirements under Section 1129(b)(1) that the Plan does not discriminate unfairly and is fair and equitable;

8. Except to the extent that the holder of a particular claim has agreed to a different treatment of such claim, the Plan provides that with respect to a claim of

a kind specified in Section 507(a)(2) or Section 507(a)(3) of the Code, on the effective date of the Plan, the holder of such claim will receive on account of such claim cash equal to the allowed amount of such claim;

9. At least one class of claims has accepted the Plan, determined without including any acceptance of the Plan, by an insider holding a claim of such claim;

10. The Plan is a liquidating Plan which proposes to distribute the proceeds of the sale of the Debtor's assets, thereby meeting the requirements of §1129(a)(11) of the Code.

Therefore, it is hereby ORDERED:

1. That the Debtor's Chapter 11 Plan of Liquidation, is hereby confirmed.

2. Following entry of the Final Decree, the Debtor may disburse the remaining funds being held from the sale of the Debtor's assets in accordance with the provisions of the Plan.

3. Pursuant to Section 1146(c) of the Bankruptcy Code, the

   a. Creation, transfer, filing and recording of any mortgage, deed of trust, or other security interest;

   b. Making, assignment, filing or recording of any lease or sublease; or

   c. Making, delivery, filing or recording of any deed or other instrument of transfer under, in furtherance of or in connection with any transactions consummated pursuant to the Plan or any other similar action to be taken pursuant to the Plan by

the Debtor, shall not be subject to any document recording, stamp tax, conveyance, filing or transfer fee, intangibles or other similar tax, mortgage tax, real estate transfer tax, mortgage recording tax or other similar tax or governmental assessment. The appropriate state, county and local governmental officials or agents shall be, and are hereby directed to forego the collection of any such fee, tax or governmental assessment. The appropriate state, county and local governmental officials or agents shall be, and are hereby directed to forego the collection of any such fee, tax or governmental assessment and to accept for filing and recordation any of the foregoing instruments or other documents without the payment of any such fee, tax or governmental assessment.

4. The amount of interest accruing on priority tax claims shall be calculated through the Effective Date and shall be included in payments to priority tax claim holders.

Dated:  October 12, 2021

JERRY C. OLDSHUE, JR.
U.S. BANKRUPTCY JUDGE

Attorney, J. Steven Ford, is directed to serve a copy of this order on all parties appearing on Debtor's mailing matrix and file a proof of service within three (3) days of entry of the order.

Prepared by:
J. Steven Ford, Esq.